# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERDA NYE, | ) |
| | ) |
|     Plaintiff, | ) No. 1:05-cv-02486 (RWR) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: February 27, 2006.

                              Respectfully submitted,

                              /s/ Jennifer L. Vozne
                              JENNIFER L. VOZNE
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              P.O. Box 227
                              Ben Franklin Station
                              Washington, DC 20044
                              Phone/Fax: (202) 307-6555/514-6866
                              Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1563736.1

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on February 27, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Verda Nye
>5243 Delmar
>Roeland Park, Kansas 66205

>        /s/ Jennifer L. Vozne
>        JENNIFER L. VOZNE

1563736.1