IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERDA NYE, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-02486 (RWR) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF RELATED CASES

Save for the identity of the plaintiffs, the complaints in the following cases are substantially identical to that filed in this matter:

1. Edward J. Armbruster III v. United States, Civil No. 1:05-2375

2. Jeffrey Bean v. United States, Civil No. 1:05-2145

3. Hamlet C. Bennett v. United States, Civil No. 1:05-2297

4. Matthew Brandt v. United States, Civil No. 1:05-1613

5. Paul Broward v. United States, Civil No. 1:05-01774

6. John Burton v. United States, Civil No. 1:05-2121

7. Carol Cooper v. United States, Civil No. 1:05-1192

8. Richard M. Donnally v. United States, Civil No. 1:05-2049

9. Joseph A. & Elizabeth J. Gaines v. United States, Civil No. 1:05-2326

10. Lee F. Garvin v. United States, Civil No. 1:05-01775

11.   Brent & Rhonda Gross, Civil No. 1:05-1818

12.   Kevin Haydel v. United States, Civil No. 1:05-2405

13.   Kenneth G. & Mary C. Heath, Civil No. 1:05-2332

14.   William Henry, Jr. v. United States, Civil No. 1:05-2084

15.   Grant & Ethel Holyoak v. United States, Civil No. 1:05-1829

16.   Lavern Koerner v. United States, Civil No. 1:05-1600

17.   William M. Kramer v. United States, Civil No. 1:05-1659

18.   Stephen J. & Patricia Lindsey v. United States, Civil No. 1:05-1761

19.   Wallace Lohmann v. United States, Civil No. 1:05-1976

20.   Gregory Martens v. United States, Civil No. 1:05-1805

21.   William R. Masterson v. United States, Civil No. 1:05-1807

22.   Richard & Wilma Metsker v. United States, Civil No. 1:05-2457

23.   James O'Connor v. United States, Civil No. 1:05-2075

24.   Lawrence Otto v. United States, Civil No. 1:05-2319

25.   Amelia Petersheim v. United States, Civil No. 1:05-1815

26.   George & Claudia Pragovich v. United States, Civil No. 1:05-2222

27.   Charles Radcliffe v. United States, Civil No. 1:05-1624

28.   Ronald N. Romanshko v. United States, Civil No. 1:05-2239

29.   Lawrence & Debra Schafrath v. United States, Civil No. 1:05-1656

30. Robert Scott & Linda Casoria-Scott v. United States, Civil No. 1:05-2043

31. Sandra Shoemaker v. United States, Civil No. 1:05-1736

32. Daniel T. & Mary G. Smith v. United States, Civil No. 1:05-2069

33. David & Debra Stinecipher v. United States, Civil No. 1:05-2434

34. Bruce & Elise Travis v. United States, Civil No. 1:05-1867

35. Daniel & Donna Turner v. United States, Civil No. 1:05-1716

36. Gregg & Regina Whitefield v. United States, Civil No. 1:05-1961

37. Stacy N. Davenport v. United States, Civil No. 1:05-02488

38. Carl Roger Davis v. United States, Civil No. 1:05-02474

39. Ricky A. Erwin v. United States, Civil No. 1:05-00415

40. Donald Harris v. United States, Civil No. 1:05-0956

41. Maurita Martin v. United States, Civil No. 1:05-02506

42. Dennis Rose v. United States, Civil No. 1:05-01896

43. Rudolph Luscher v. United States, Civil No. 1:05-1987

44. LaVern Koerner v. United States, Civil No. 1:05-00024

45. Paul B. Evans v. United States, Civil No. 1:05-00032

46. Robert Speelman v. United States, Civil No. 1:05-02482

47. Eleanor M. Glass v. United States, Civil No. 1:05-02498

48. Gary Placke v. United States, Civil No. 1:06-00026

49. Roy A. Watson v. United States, Civil No. 1:06-00058

50. Will H. LaRue v. United States, Civil No. 1:06-00061

51. Calvin Kim v. United States, Civil No. 1:06-00103

52. Richard L. Mellor v. United States, Civil No. 1:06-00116

53. Robert H. Anderton v. United States, Civil No. 1:06-00129

54. Sylvester Cain v. United States, Civil No. 1:06-00132

55. Bart H. Rippl v. United States, Civil No. 1:06-00165

56. Isaac Zook v. United States, Civil No. 1:06-00164

57. Kenneth D. Guthery v. United States, Civil No. 1:06-00176

Indeed, not only are the complaints substantially identical, but some subsequent filings have been identical as well.

DATED: February 27, 2006.

    Respectfully submitted,

    /s/ Jennifer L. Vozne
    JENNIFER L. VOZNE
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 227
    Ben Franklin Station
    Washington, DC 20044
    Phone/Fax: (202) 307-6555/514-6866
    Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF RELATED CASES was served upon the following individual(s) on February 27, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>   Verda Nye
>   5243 Delmar
>   Roeland Park, Kansas 66205

>                               /s/ Jennifer L. Vozne
>                               JENNIFER L. VOZNE

1563766.1