IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERDA NYE, | ) |
| | ) |
|     Plaintiff, | ) No. 1:05-cv-02486 (RWR) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

### **DECLARATION OF JENNIFER L. VOZNE**

I, Jennifer L. Vozne, under 28 U.S.C. § 1746, declare as follows:

1. I am a trial attorney with the Department of Justice Tax Division. As part of my duties, I have been assigned responsibility for litigation of the above-captioned case.

2. As part of my duties, I have received documents kept and generated by the Internal Revenue Service with respect to the above-captioned case.

3. According to the Internal Revenue Service's records, as of February 8, 2006, the plaintiff has a balance due of $81,151.36, plus statutory additions from the respective dates of assessment for her federal individual income tax liabilities for tax years 2000 through 2002. A true and correct copy of an Internal Revenue Service transcript, dated February 8, 2006, is attached as exhibit 1.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

DATED: February 27, 2006.

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE
Trial Attorney
Washington, DC