Station Name: DLS0149001 Date: 2/8/2006 Time: 3:44:03 PM

IMFOLI██████-0031                IMF INDEX        NM CTRL:NYE
                                                      UP-CYC:06

VERDA B NYE
ENTITY MF ACTIVE:06  FREEZE CODES:     -    AUDIT HISTORY: YES VESTIGIAL:  YES
TOTAL ASSESSED BAL:       81,151.36  (*TOTAL OF ACTIVE TAX MODS ASSESSED BALS*)

| MFT | TXPD | FSC | MF ACT | TIF | TOTAL MOD BALANCE | INTEREST COMP DTE | FREEZE CODES | POSTED RETURN | ADJ | STAT HIS |
|-----|------|-----|--------|-----|-------------------|-------------------|--------------|---------------|-----|----------|
| 30 | 198712 | 4 | 01 | NO | .00 | 20031208 | | - | POSTED | NO | 12 |
| 30 | 198812 | 4 | 01 | NO | .00 | 20031208 | G | -I | POSTED | NO | 12 |
| 30 | 198912 | 4 | 01 | NO | .00 | 20031208 | G | -I | POSTED | NO | 12 |
| 30 | 199012 | 4 | 01 | NO | .00 | 20031208 | I | - | POSTED | NO | 12 |
| 30 | 199112 | 4 | 01 | NO | .00 | 20031208 | G | -I | POSTED | NO | 12 |
| 30 | 199212 | 4 | 01 | NO | .00 | 20031208 | | - | POSTED | NO | 12 |
| 30 | 199312 | 4 | 01 | NO | .00 | 20031208 | | - | POSTED | NO | 12 |
| 30 | 199412 | 4 | 01 | NO | .00 | 20050627 | G | -I | POSTED | NO | 12 |
| 30 | 199612 | 4 | 01 | NO | .00 | 20031208 | | - | POSTED | YES | 12 |
| 30 | 199712 | 4 | 01 | NO | .01 | 20031208 | | - | POSTED | NO | 12 |
| 30 | 199812 | 1 | 01 | NO | .61- | 20031208 | | - | POSTED | NO | 12 |
| 30 | 199912 | 1 | 01 | NO | .06 | 20031208 | I | - | POSTED | NO | 12 |
| 30 | 200012 | 1 | 06 | YES | 38,272.03 | 20060220 | T | - | SUBST4 | YES | 24 |
| 30 | 200112 | 1 | 06 | YES | 23,042.22 | 20060220 | T | - | SUBST4 | YES | 24 |
| 30 | 200212 | 1 | 06 | YES | 36,127.08 | 20060220 | T | - | SUBST4 | YES | 24 |
| 30 | 200312 | 1 | 06 | YES | .00 | 20060220 | | - | NONE | NO | 03 |

            PAGE 001 OF 002        IMFPG 002



EXHIBIT

|

No. 05-024B16 (Rush)