# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

VERDA NYE,                                      )
                                                )
        Plaintiff,                     )   No. 1:05-cv-02486 (RWR)
                                                )
    v.                                      )
                                                )
UNITED STATES,                                  )
                                                )
        Defendant.                     )

## ORDER

Having considered the UNITED STATES' MOTION TO DISMISS, the

supporting memorandum of points and authorities, any opposition and reply

thereto, and the entire record of this proceeding, it is by the Court

    ORDERED that the motion is GRANTED;

    ORDERED that this action be, and is, DISMISSED;  and it is further

    ORDERED that the Clerk shall distribute copies of this order to the persons

listed below.

    SO ORDERED this _____day of _____200_____.


_____
UNITED STATES DISTRICT JUDGE

1563768.1

Copies to:

Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

Verda Nye
5243 Delmar
Roeland Park, Kansas 66205