IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERDA NYE, | ) |
| | ) |
|     Plaintiff, | ) No. 1:05-cv-02486 (RWR) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS, supporting MEMORANDUM, DECLARATION OF JENNIFER L. VOZNE, and proposed ORDER were served upon the following individual(s) on February 27, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Verda Nye
> 5243 Delmar
> Roeland Park, Kansas 66205

> /s/ Jennifer L. Vozne
> JENNIFER L. VOZNE

1563766.1