**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                )
VERDA NYE,                       )
                                )
        Plaintiff,               )
                                )
    v.                           )    Civil Action No. 05-2486 (RWR)
                                )
UNITED STATES,                   )
                                )
        Defendants.              )
_____)

## ORDER

Defendant has moved to dismiss the complaint.  Because the defendant has filed a motion which could potentially dispose of this case, the Court will advise the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court.  See Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988); Ham v. Smith, 653 F.2d 628 (D.C. Cir. 1981); Hudson v. Hardy, 412 F.2d 1091 (D.C. Cir. 1968).

The plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within ... such ... time as the court may
> direct, an opposing party shall serve and
> file a memorandum of points and authorities
> in opposition to the motion.  If such a
> memorandum is not filed within the prescribed
> time, the court may treat the motion as
> conceded.

Local Civil Rule 7(b).

Additionally, the plaintiff is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

-2-

> Whenever a party has the right or is required
> to do some act or take some proceedings
> within a prescribed period after the service
> of a notice or other paper upon the party and
> the notice or paper is served upon the party
> by mail, 3 days shall be added to the
> prescribed period.

Fed. R. Civ. P. 6(e).

The Court may treat as conceded any motion not opposed within the time limits outlined above.  Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above.  Thus, failure to respond to the defendants' motion in this case carries with it the risk that the case will be dismissed.  It is therefore hereby

ORDERED that plaintiff shall file his response to the defendants' motion to dismiss the complaint no later than April 7, 2006.  If plaintiff does not timely respond, the Court may treat the motion as conceded and dismiss the complaint.

SIGNED this 7th day of March, 2006.


                            _____/s/_____
                            RICHARD W. ROBERTS
                            United States District Judge