UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VERDA NYE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2486 (RWR) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On February 27, 2006, defendant filed a motion to dismiss the claims against it pursuant to Fed. R. Civ. P. 12(b)(1), (2), (3), (5), and (6). On March 7, 2006, this Court issued an order advising the *pro se* plaintiff of her obligation to respond by April 7, 2006, and that failure to respond may result in dismissal of the complaint. Plaintiff has failed to file a response to defendant's motion. Accordingly, it is hereby

ORDERED that defendant's Motion [4] to Dismiss be, and hereby is, GRANTED as conceded. It is further

ORDERED that plaintiff's complaint be, and hereby is, DISMISSED. This is a final, appealable Order.

SIGNED this 28th day of April, 2006.

                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge